# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

KELLY DUTTON, PETITITONER      :   No. 443 EAL 2018

     :

     :

     :

     v.          :   Petition for Allowance of Appeal from

     :   the Order of the Superior Court

     :

AMERICAN BANKERS INSURANCE      :

COMPANY,      :

     :

         Respondent      :


## ORDER


**PER CURIAM**

     **AND NOW**, this 6th day of March, 2019, the Petition for Allowance of Appeal is **DENIED**.